UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAMARA FIELDS, THE ESTATE OF LLOYD CARL FIELDS JR. *by and through Tamara Fields as Personal Representative*, HEATHER GAVINO, THE ESTATE OF JAMES DAMON CREACH *by and through Heather Gavino as Personal Representative*, JAYEDON CREACH, JACKSON CREACH *by and through his Parent and Guardian Heather Gavino*, REYNALDO GONZALEZ, KIMBERLY HARRIS, THE ESTATE OF SEAN COPELAND *by and through Kimberly Harris as Personal Representative*, THE ESTATE OF BRODIE COPELAND *by and through Kimberly Harris as Personal Representative*, RHASIA LOVE, KHALESI LOVE, and VEDA LOVE, <br><br>　　　　　　　　　　Petitioners, <br><br>　v. <br><br>BANK OF NEW YORK MELLON, <br><br>　　　　　　　　　　Respondent. | Case No. 25-cv-01948 |

## [~~PROPOSED~~] ORDER

For good cause shown, based upon the Petitioners' Motion to Unseal Case (the "Motion") and the supporting Memorandum of Law (the "Memorandum of Law"), ~~it is hereby~~:

*[handwritten: JGK and there being no opposition, it is hereby]*

**ORDERED** that the Motion is **GRANTED**;

**ORDERED** that all filings and orders in this case be **UNSEALED**;

*[handwritten: except]*

**ORDERED** that Exhibit 4 and Exhibit 5 to the April 1, 2025 Declaration of Joshua D. Arisohn In Support Of Motion For Writ Of Execution be unsealed with certain redactions, in the form attached as **EXHIBIT A** and **EXHIBIT B** to the May 9, 2025 Declaration of Joshua D.

1

Arisohn.

**IT IS SO ORDERED.**

Dated: \_\_\_5/12\_\_\_, 2025
       New York, New York

                                        The Honorable John G. Koeltl
                                        United States District Judge