```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
TAMARA FIELDS, ET AL.,

              Petitioners,        25-cv-1948 (JGK)

   - against -                     <u>ORDER</u>

BANK OF NEW YORK MELLON,

              Respondent.

---

JOHN G. KOELTL, District Judge:

    In accordance with the parties' agreement, the Court has ordered this case to be unsealed subject to certain redactions.

    By **May 19, 2025,** the petitioners should respond to the argument on page 2 of the respondent's May 8, 2025 letter with respect to certain additional procedures that should be followed before issuance of the writ of execution.

SO ORDERED.

Dated:    New York, New York
            May 12, 2025

                                      /s/ John G. Koeltl
                                            John G. Koeltl
                                 United States District Judge