**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────────

**TAMARA FIELDS, ET AL.,**

              Petitioners,         25-cv-1948 (JGK)

    - against -                    <u>ORDER</u>

**BANK OF NEW YORK MELLON,**

              Respondent.
───────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The petitioners are directed to file a redacted version of the petitioners' April 1, 2025 submissions on ECF.

**SO ORDERED.**

**Dated:**    **New York, New York**
              **May 14, 2025**

                                          /s/ John G. Koeltl
                                          **John G. Koeltl**
                              **United States District Judge**