```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------

TAMARA FIELDS, ET AL.,

                  Petitioners,

    - against -

BANK OF NEW YORK MELLON,

                  Respondent.

25-cv-1948 (JGK)

<u>ORDER</u>

(UNDER SEAL)

------------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for an initial conference on **Wednesday, April 16, 2025, at 2:30 p.m.** in Courtroom 14A, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Dated:    New York, New York
            April 2, 2025

                                          _____
                                          John G. Koeltl
                                   United States District Judge