```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

TAMARA FIELDS, ET AL.,

                Petitioners,         25-cv-1948 (JGK)

    - against -                    ORDER

BANK OF NEW YORK MELLON,

                Respondent.

JOHN G. KOELTL, District Judge:

    The additional procedures suggested in the respondent's letter dated May 8, 2025, are unnecessary in view of the representations in the petitioners' letter dated May 14, 2025 (ECF No. 15). Therefore, the Court has signed the petitioners' proposed order granting a writ of execution.

SO ORDERED.

Dated:    New York, New York
          May 31, 2025

                                            John G. Koeltl
                                   United States District Judge