UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAMARA FIELDS, THE ESTATE OF LLOYD CARL FIELDS JR. *by and through Tamara Fields as Personal Representative*, HEATHER GAVINO, THE ESTATE OF JAMES DAMON CREACH *by and through Heather Gavino as Personal Representative*, JAYEDON CREACH, JACKSON CREACH *by and through his Parent and Guardian Heather Gavino*, REYNALDO GONZALEZ, KIMBERLY HARRIS, THE ESTATE OF SEAN COPELAND *by and through Kimberly Harris as Personal Representative*, THE ESTATE OF BRODIE COPELAND *by and through Kimberly Harris as Personal Representative*, RHASIA LOVE, KHALESI LOVE, and VEDA LOVE,<br><br>                    Petitioners,<br><br>v.<br><br>BANK OF NEW YORK MELLON,<br><br>                    Respondent. | Case No. 25-cv-01948 |

## [~~PROPOSED~~] ORDER GRANTING MOTION FOR ISSUANCE OF WRIT OF EXECUTION

Upon due and careful consideration of Petitioners' Memorandum of Law in Support of Motion for Issuance of Writ of Execution (the "Memorandum of Law"), and all legal and factual authorities cited therein, including section 201(a) of the Terrorism Risk Insurance Act of 2002 (Terrorism Risk Insurance Act of 2002, Pub. L. No. 107-297; 116 Stat. 2337, codified at 28 U.S.C. § 1610 Note ("TRIA"), Federal Rule of Civil Procedure 69(a) and section 5230 of the New York Civil Practice Law and Rules, and Petitioners' supporting declarations of their

1

counsel, including all exhibits attached thereto, it is **HEREBY ORDERED AND ADJUDGED** as follows:

1. Based on the information set forth in the Petitioners' Memorandum of Law and accompanying documents and exhibits thereto, including but not limited to the factual finding; of the U.S. Department of Treasury, Office of Foreign Assets Control ("OFAC") with respect to Grains Middle East Trading DWC-LLC ("Grains Middle East Trading"), the Court finds that:

    a. Grains Middle East Trading is an agency and/or instrumentality of the Syrian Arab Republic ("Syria") as those terms are defined for purposes of TRIA. This finding is based, *inter alia,* on the material assistance that Grains Middle East Trading provided to Syria by serving as an intermediary for STG Logistic, another agency and/or instrumentality of Syria, in the shipment of Syrian mining commodities to overseas buyers.

    b. The funds described in Plaintiffs' Memorandum of Law, specifically, approximately $7,507,679.46 currently held by The Bank of New York Mellon ("BNY"), constitutes assets of Grains Middle East Trading, and are accordingly blocked assets by virtue of OFAC's March 26, 2024 designation of Grains Middle East Trading and the blocking of its assets.

2. The Clerk of the Court is hereby directed to ~~(i)~~ issue the writ of execution in the form attached to the Memorandum of Law as **Exhibit B**, and deliver a copy to Petitioners to cause service and levy on the garnishee through the U.S. Marshals Service ~~and (ii) file the issued writ of execution under seal~~;

3. ~~Notwithstanding the sealing provisions contained herein,~~ Petitioners are authorized to take actions necessary to satisfy any legal reporting obligations to OFAC.

2

**SO ORDERED.**

Dated: __5/31__, 2025

_____
United States District Judge
For the Southern District of New York

**EXHIBIT B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 25 Civ. 01948

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**
*To the Marshal of the Southern District of New York, GREETING:*

YOU ARE COMMANDED, that of the goods and chattels of the Syrian Arab Republic and its agencies and instrumentalities in your district, including, but not limited to, specifically, approximately $7,507,679.46 in funds of Grains Middle East Trading DWC-LLC, an agency or instrumentality of the Syrian Arab Republic, currently held by The Bank of New York Mellon, you cause to be made in the sum of Eight Hundred Forty Nine Million, Nine Hundred Fifty Six Thousand, Five Hundred Twenty Nine dollars and Twenty Eight cents ($849,956,529.28), which lately in the United States District Court for the District of Columbia, in the District of Columbia Circuit, Tamara Fields, the Estate of Lloyd Carl Fields Jr., Heather Gavino (formerly Heather Creach), the Estate of James Damon Creach, Jayedon Creach, Jackson Creach, Reynaldo Gonzalez, Kimberly Harris (formerly Kimberly Copeland), the Estate of Sean Copeland, the Estate of Brodie Copeland, Rhasia Love (formerly Alexandra Tucker), Khalesi Love (formerly Isabella Tucker) and Veda Love (formerly Olivia Tucker), PLAINTIFFS, and the Syrian Arab Republic, DEFENDANT, in favor of said PLAINTIFFS and which judgment the said PLAINTIFFS thereafter duly registered and docketed in the United States District Court for the Southern District of New York as appears by the record filed in the Clerk's Office of said District Court for the Southern District of New York on the 20th day of February, in the year 2025 in *Fields et al. v. Syrian Arab Republic*, Case No 1:25-mc-00067 (S.D.N.Y.), and if sufficient personal property of the said Syrian Arab Republic cannot be found in your District, then you cause the same to be made out of the real property belonging to such judgment debtor, the Syrian Arab Republic, on the above-mentioned day, or at any time thereafter, in whose hands soever the

same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

    WITNESS, the Honorable John G. Koeltl, District Judge of the United States District Court for the Southern District of New York on the ____ day of _____ two thousand and twenty-five, and of the Independence of the United States the two hundred forty-ninth year.


                                                                                                                 _____
                                                                                                                       CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tamara Fields, et al.

v.

The Bank of New York Mellon

EXECUTION AGAINST PROPERTY

Joshua D. Arisohn
Arisohn LLC
94 Blakeslee Rd.
Litchfield, CT 06759
josh@arisohnllc.com
(917) 656-0569

Attorney for

Tamara Fields, the Estate of Lloyd Carl Fields Jr., Heather Gavino (formerly Heather Creach), the Estate of James Damon Creach, Jayedon Creach, Jackson Creach, Reynaldo Gonzalez, Kimberly Harris (formerly Kimberly Copeland), the Estate of Sean Copeland, the Estate of Brodie Copeland, Rhasia Love (formerly Alexandra Tucker), Khalesi Love (formerly Isabella Tucker) and Veda Love (formerly Olivia Tucker)

State of New York
County of New York

To the Marshal:

You will levy and collect Eight Hundred Forty Nine Million, Nine Hundred Fifty Six Thousand, Five Hundred Twenty Nine dollars and Twenty Eight cents ($849,956,529.28), including, but not limited to, specifically, approximately $7,507,679.46 in funds of Grains Middle East Trading DWC-LLC, an agency or instrumentality of the Syrian Arab Republic, currently held by The Bank of New York Mellon, from the Syrian Arab Republic and its agencies and instrumentalities, with interest from 29th day of September 2021, besides your fees etc.

By:_____
Joshua D. Arisohn
Arisohn LLC